UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAMS OUTDOOR ADVERTISING L.P., | 3:19-cv-00366-MEM |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| RPM REALTY COMPANY, et. al. | |
| Defendants | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO Fed. R. Civ. P. 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED AND AGREED, by and between the

parties and/or their respective counsel, that the above-caption action is

voluntarily dismissed, without prejudice against the defendant, Ray Price

Mount Pocono Ford Sales, Inc., pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii).

By: _____

James L. Pfeiffer, Esq.
*Counsel for the Plaintiff*
44 N. 2nd Street
Easton, PA 18044-0468
(610) 258-4003

Date: __8/16/2019__

By: _____

Gerard J. Geiger, Esq.
*Counsel for the Defendants*
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090

Date: __8/13/19__

**APPROVED**

**MALACHY E. MANNION**
**United States District Judge**

Dated: __8/26/19__