# Adams Outdoor Advertising - Northeastern PA

## Contract Routing Slip

NEPA  X        LV _____

Client Name: Ray Price

New Contract #: 20180313         Original Contract #: _____

|  | Initials | Date | Notes |
|---|---|---|---|
| Sales Assistant | KA | 9.7.18 | |
| Sales Manager Approval | MKB | 9-7-18 | |
| General Manager Approval | | | |
| Marketing Scheduler | SC | 9/11/18 | |
| Accounting | LAB | 9/11/18 | |
| Admin Assistant | | | |

## Unit Information

| Unit #: | Card Rate: | Current Rate: | Renewal Rate: | Lift $: | Lift %: |
|---|---|---|---|---|---|
| 2012 | $2,000 | $2,000 | $2,000 | 0 | 0 |

Comments: RENEWAL Bulletin 2012   (10/1/2018 - 9/29/2018)
$2,000 X 4 = $8,000 Total for 2018  and $2,000 X 9 = $18,000 Total for 2019

# adams

ADAMS OUTDOOR ADVERTISING OF NORTHEAST, PA

## MEDIA DISPLAY CONTRACT

6053 Route 209
Stroudsburg, PA 18360
Tel: 570.402.6400  Fax: 570.992.5347

CONTRACT # 20180313
ACCOUNT EXECUTIVE Peter Geffert
(Print Name)

DATE 9/6/2018

☐ N ☒ R ☐ I ☐ P

ADVERTISER/CLIENT Ray Price Automotive Group
PRODUCT/CATEGORY Automotive Dealers and Services
BILL TO Ray Price Automotive Group
~~301 N 9th St~~ 6310 route 209
Stroudsburg, PA 18360
TEL ~~570-420-1100~~ 570-402-5000 FAX          E-MAIL jsatriano@raypricecars.com

The undersigned Advertiser hereby authorizes Adams Outdoor Advertising of Northeast, PA (hereafter referred to as "ADAMS") to display outdoor advertising upon the following terms and conditions:

Posting Dates: Week of  10/1/2018 - 9/29/2018

| Year | Unit # | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 18 | 2012 |  |  |  |  |  |  |  |  |  | 1 & 29 | 26 | 24 |
| 20 19 | 2012 | 21 | 18 | 18 | 15 | 13 | 10 | 8 | 5 | 2 |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |  |

| LOCATION/BOARD NO. | ALLOTMENT | NO. OF WEEKS | NET RATE PER PERIOD |
|---|---|---|---|
| 2012 SR 33/US 209 0.65 mi S/O SR 2010 (Manor Dr) WS | -1- | 52 (13 Cycles) | $2,000.00 |
| 14' X 48' Bulletin |  |  |  |

☐ Addendum attached and incorporated herein by reference.

**INSTALLATION:** Advertiser agrees that performance shall be deemed rendered if copy is displayed within **FIVE (5) WORKING DAYS** of the scheduled start date and continues to be displayed for a period of not less than twenty-five (25) days for each display period indicated. If ADAMS fails to display the copy within the five (5) working day limit, credit shall be issued to the Advertiser based on the contracted per period rate herein set forth prorated on a daily basis for each and every unit not displayed within said limit.

TOTAL PER PERIOD: $ 2,000.00
TOTAL SPACE AMOUNT: $ 26,000.00
TOTAL PRODUCTION COST: $ n/a
ADDITIONAL ILLUMINATION: $ n/a
TOTAL CONTRACT AMOUNT: $ 26,000.00

**TERMS:** Should credit be approved, Advertiser agrees to pay the full invoiced amount not later than thirty (30) days following the billing date. Any amounts not paid within thirty (30) days following the billing date are subject to a late fee of 1.5% per month. All payments in arrears shall bear interest at the highest rate permitted by law. In the event of default, Advertiser agrees to pay, in addition to any amount required hereunder, either reasonable collection fees or reasonable attorney's fees as by law provided. TOTAL CONTRACT AMOUNT QUOTED IS FOR PAYMENT IN CASH OR ITS EQUIVALENT. PAYMENT MADE, IN WHOLE OR IN PART, BY CREDIT CARD SHALL BE SUBJECT TO A 3% SURCHARGE. WHICH AMOUNT IS NOT GREATER THAN OUR COST OF ACCEPTANCE. WE DO NOT SURCHARGE CARDS USED AS A DEBIT TRANSACTION WITH A PIN.

**THIS ORDER IS SIGNED AND ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS STIPULATED ON BOTH SIDES OF THIS CONTRACT WHICH ARE ALL OF THE AGREEMENTS AND REPRESENTATIONS AS TO THIS CONTRACT MADE BY EITHER PARTY HERETO.**

**RESCISSION:** THIS CONTRACT IS NON-CANCELABLE BY THE ADVERTISER, ITS ADVERTISING AGENCY, OR BY ITS SUCCESSORS OR PERMITTED ASSIGNS. If Advertiser elects to sign this Contract and then forward a facsimile copy to ADAMS, ADAMS will accept same in lieu of an original signature contract form. However, Advertiser agrees to be bound to the terms and stipulations hereunder as if Advertiser had affixed and forwarded to ADAMS an original signature to the Contract.

**SPECIAL PROVISIONS:**

**REPRESENTATIONS:** Any person (either an individual or an advertising agency) executing this contract on behalf of an Advertiser warrants that he/she has full authority to do so. Said person accepts full personal liability for all relevant obligations herein if he/she is not authorized to execute this contract in a representative capacity in behalf of an Advertiser.

**ADAMS OUTDOOR ADVERTISING LIMITED PARTNERSHIP**
By: Adams Outdoor GP, LLC
Its: General Partner

ADVERTISER/CLIENT
AUTHORIZED BY: _Jenny Satriano_
SIGNATURE OF AUTHORIZED SIGNER

_Melissa A Smith_  9·6·18
Adams Outdoor Advertising General Manager    DATE

_Jennifer satriano_    9/6/18
PRINTED NAME OF AUTHORIZED SIGNER    DATE



# ADAMS OUTDOOR ADVERTISING CONTRACT ALTERATION

To be completed in detail, to authorize any billing adjustment, cancelation or postponement of contract, take down for non-payment, or credit of any kind. ONLY if this request is approved by the General Manager, will the accounting department be authorized to make the adjustment.

**NEPA** X      **LV** _____      Date: 9/10/2018

Client: Ray Price      AE: Peter Geffert

Contract #: _____      Agency: _____

Nature of the alteration & action you requesting to take: Previous Contract doesn't expire until 10/7/2018. Start date for the campaign renewal should be 10/8/2018 and not 10/1/2018.

Have you discussed this resolution with your client & are they agreeable to the resolution?    not yet

Unit #(s)    Poster: _____    Bulletin: 2012    Digital: _____

**Our contracts are non-cancelable!! We need 60 days notice & a client-written request to cancel!**
Make goods are always preferred over crediting actual cash back. Have you exhausted all efforts with over-rides, an extra month at end of contract, etc.?    n/a

If request is for credit, what is the total dollar amount?    n/a
Which month(s) are affected by this change?    none

APPROVED:
_/s/ William A Fish_
Sales Manager

SA: KA 9.10.18
MS: SC 9/11/18
Acct: LAB 9/11/18

General Manager      Admin:



## ADAMS OUTDOOR ADVERTISING OF NORTHEAST, PA
## MEDIA DISPLAY CONTRACT

### TERMS AND CONDITIONS

**COPY APPROVAL:** If an advertising message is to be suggested by ADAMS, Advertiser shall not withhold, or delay, acceptance and approval unreasonably. If Advertiser rejects the advertising message suggested by ADAMS, Advertiser shall furnish Advertiser's own message at least thirty (30) days before the scheduled display date(s). Regardless of which party ultimately provides the advertising production, the start date(s) reflected on the face of this contract shall be considered immutable, and billing will commence on the contracted start date. Copy approval for digital display advertising, or Advertiser's own message if Advertiser is providing, must be received by ADAMS at least seven (7) days prior to the scheduled display date.

**PRODUCTION:** All production costs for display materials shall be paid by the Advertiser. If the Advertiser/Client is to provide display materials, said materials must be received by ADAMS no less than seven (7) days prior to the scheduled start date. Further, if the Advertiser/Client is tardy or negligent in the delivery of completed display materials, the space in question will go into billing on the scheduled display date(s). In that event, the Advertiser/Client will be obligated to pay the invoices from that billing date. All creative will remain the property of ADAMS. Further, any production materials, including but not limited to vinyls and electronic formats, conveyed or provided to ADAMS by an Advertiser or an independent third party shall be and will remain the property of ADAMS. Said production and creative materials will be discarded within seven (7) days of the end date of this Contract.

**CREDIT:** It is agreed that no claim resulting from failure of ADAMS to properly execute the display shall be valid unless reported to ADAMS promptly on discovery by Advertiser. Credit for total loss of service to Advertiser will be based on the "per period" rate herein set forth prorated on a daily basis for such period of time as there shall be a total loss of service. Unless otherwise stipulated, contracts for multiple faces will be scheduled with an allocation of illuminated and non-illuminated faces in a proportion consistent with the percentage of illuminated/non-illuminated faces for each media type existing in the market at the time of contracting. Illumination will be provided on a schedule determined by ADAMS based on local and seasonal conditions. Credit for loss of illumination due to any temporary condition not covered by the "Disaster Contingency" below will be given at a rate of twenty percent (20%) of the "per period" rate for any given face, prorated on a daily basis for the period of documented loss of illumination and ADAMS receipt of written notification thereof.

**DISASTER CONTINGENCY:** Should the display of an Advertiser's advertising message be interrupted for more than five (5) days due to natural events beyond the control of ADAMS (e.g. hurricane, tornado, wind storm, fire, earthquake, or similar Act of God), ADAMS will at its discretion provide as sole remedy for such interruption an extension of the contracted display period equal to the period of time in which the advertising was not displayed. In the case of a scheduling conflict for such extension, ADAMS reserves the right to provide at its discretion the extended advertising period on an available display unit of similar market value. Further, ADAMS may remove advertising displays in advance of a forecast severe weather event if such removal may result in minimizing potential damage to the structure. In such cases, should the interruption of the display exceed five (5) days, ADAMS will at its discretion provide an extension to the contracted advertising period as outlined above.

**CONTINGENCIES:** If by reason of strikes, concerted action by employees or labor organizations, shortages of labor or other materials, present or future governmental laws, ordinances, rules or regulations, expiration or other termination of ADAMS lease of any of the space(s) contracted for, or for any reason whatsoever ADAMS shall be delayed or unable to post and maintain any of the space(s) covered hereby, such shall not constitute a breach of this Contract, and this Contract shall not terminate either in whole or as to any part, but ADAMS shall allow Advertiser credit at the rate for such space shown on the face hereof for the period during which services shall not be furnished or shall be discontinued or suspended. Such a credit shall be the exclusive remedy for ADAMS failure to perform any obligation under this Contract, and in no event shall ADAMS be liable for any consequential damages. Digital Media: ADAMS warrants that all scheduled digital advertising will display at least ninety percent (90%) of the contracted cumulative display time per each twenty-eight (28) day advertising period. Further, in the event of national, regional or local emergencies, advertising time may be interrupted to disseminate messages concerning public safety and welfare.

**COPY:** ADAMS reserves the right at any time, either before or after advertising is displayed, to censor, reject or withdraw any advertising message under this Contract if ADAMS believes, in good faith, the advertising message is unlawful or detrimental to the image of the Advertiser or ADAMS in the community.

**EMBELLISHMENTS:** The useful life of embellishments (cut-outs, pop-ups and extensions) is guaranteed for one year. All embellishments will remain the property of ADAMS.

**TERMS:** Advertiser agrees to pay all installments as and when due, and in the event of a default to make any required payment, the full contract price should then become payable to Adams Outdoor. All accounts payable under the stipulations of this Contract are payable net cash, thirty (30) days after invoice date. Any amounts not paid within thirty (30) days following the billing date are subject to a late fee of 1.5% per month. In the event that payment per the terms of this Contract becomes delinquent and it becomes necessary, at the sole discretion of ADAMS, to convey the collections of amounts due to a collections specialist, all fees charged by said specialist shall be borne by the advertising agency or client. <u>**TOTAL CONTRACT AMOUNT QUOTED IS FOR PAYMENT IN CASH OR ITS EQUIVALENT. PAYMENT MADE, IN WHOLE OR IN PART, BY CREDIT CARD SHALL BE SUBJECT TO A THREE PERCENT (3%) SURCHARGE, WHICH AMOUNT IS NOT GREATER THAN OUR COST OF ACCEPTANCE. WE DO NOT SURCHARGE CARDS USED AS A DEBIT TRANSACTION WITH A PIN.**</u>

**AGENCY LIABILITY:** In the event this Contract is signed by an Advertising Agency, both the Advertising Agency and its principal shall be jointly and severally liable hereunder for all terms and conditions, including payment.

**LOSS OF LOCATION:** Any specific display locations indicated in this Contract are subject to the terms of the lease agreements between ADAMS and its lessors. If any location becomes unavailable for use by ADAMS in its display inventory, whether by cancellation of lease or any other means, ADAMS will provide an alternate similar location, if available. In such an event, any advertising time lost during the relocation of the advertising copy will be added to the contracted display period. In the event that ADAMS, in is sole discretion, determines to convert any display which is subject of this Contract to enhanced technological capabilities, ADAMS shall give sixty(60) days notice of such conversion to the Advertiser/Client, who shall then have the first option to enter into a new Contract for space on the enhanced display at the prevailing market rates.

**ASSIGNMENT:** Advertiser may not assign or subcontract this Contract, in whole or in part, without the prior written consent of ADAMS, which shall not be unreasonable withheld. ADAMS may assign this Contract, in whole or in part, in its sole discretion.

**TERMINATION:** In the event of any proceedings brought by or against Advertiser, whether or not voluntary, in bankruptcy or insolvency, or in the event of an appointment of a receiver or of an assignee for the benefit of creditors, ADAMS shall be entitled to cancel any unfilled portion of this Contract.

**TRANSPARENCY:** If this contract is executed by an Advertising Agency on behalf of the Advertiser, Advertising Agency agrees to provide Advertiser full disclosure of the net rates charged by ADAMS under this Contract. Advertising Agency acknowledges that transparency is important to ADAMS' reputation and goodwill in its business and agrees that the failure to provide such disclosure will cause irreparable damage to ADAMS.

**INTEGRATION: IT IS EXPRESSLY AGREED THAT ADAMS IS NOT BOUND BY ANY STIPULATION, REPRESENTATION OR AGREEMENTS, VERBAL OR OTHERWISE, WHICH ARE NOT PRINTED OR WRITTEN IN THIS CONTRACT, AND THAT THIS CONTRACT REPRESENTS A COMPLETE INTEGRATION OF ALL PRIOR NEGOTIATIONS, AND THAT ANY MODIFICATION OF THIS CONTRACT SHALL BE IN WRITING.**